UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **EVERETT L. RUSS,** | ) |
| Plaintiff, | ) ) |
| | ) No. 3:17-cv-01415 |
| v. | ) ) |
| **CORECIVIC, INC., et al.,** | ) ) |
| Defendants. | ) |

# ORDER

The Court's Order dated November 3, 2017 (Doc. No. 4) is **VACATED**.

For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion for Summary Judgment (Doc. No. 84) is **GRANTED**. Plaintiff's federal claims are **DISMISSED WITH PREJUDICE**. Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**. The remaining pending motions (Doc. Nos. 108 and 109) are **DENIED AS MOOT**.

This is a final order. The Clerk will issue judgment under the Federal Rules of Civil Procedure and close the file.

IT IS SO ORDERED

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE